UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.5:10-CR-223-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **AMENDED** |
| v. | ) | **O R D E R** |
| | ) | |
| JAMES EDWARD MCCULLOUGH, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Oral Motion to Continue the arraignment and trial in this matter, presently set for the June 6, 2011 term of court. The Government indicated, at the bench, that it did not object to the continuance.

For GOOD CAUSE shown, Defendant's Oral Motion to Continue is ALLOWED, and arraignment and trial in this matter are hereby CONTINUED to the term of court commencing on **July 5, 2011**. The court finds that the ends of justice served by this continuance outweigh the interests of the Defendant and the public in a speedy trial. Any period of delay occasioned by this continuance therefore shall be excluded pursuant to 18 U.S.C. § 3161(h).

SO ORDERED.

This, the 7th day of June, 2011.

*James C Fox*
James C. Fox
Senior United States District Judge